IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00291-WYD-CBS

SARAH HEIN,

    Plaintiff,

v.

AT&T OPERATIONS, INC.
DAVID OHRN, and
MICHAEL HENRY,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion for Protective Order *(doc. no. 24)* is DENIED without prejudice and leave to refile.  However, before refiling, parties are advised of the court's requirements for filing *stipulated* motions for protective order:

1)     Need to file a Motion for Protective Order;
2)     Need to file the stipulated protective order as an *attachment* to the Motion; and
3)     Need to email a copy of the stipulated protective order in either, Word or Word Perfect format, to Shaffer_Chambers@cod.uscourts.gov.

    Parties are further reminded of this court's local practice rule regarding discovery disputes.  Counsel shall not file a *disputed* discovery motion unless and until counsel complies fully with Rule 7.1 A and this court's practice standards, as explained during the Rule 16(b) scheduling conference on June 5, 2009.  As parties have electronically communicated to the court that they are in dispute over certain language contained within the protective order,

    IT IS ORDERED that a telephonic discovery conference is set for **June 24, 2009 at 9:15 a.m. (Mountain Time)**.  Counsel shall coordinate to create a conference call among themselves before contacting the Court (303.844.2117) at the scheduled time.

**DATED:**     June 9, 2009