**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  09-cv-00291-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  October 8, 2009** | **Courtroom Deputy:**   Linda Kahoe |

SARAH HEIN,                                                           Rosemary Orsini

    Plaintiff,

    v.

AT&T OPERATIONS, INC.,                                    Stacey Alan Campbell
DAVID OHRN,                                                          Melissa Monheim Randall
MICHAEL HENRY,

    Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:  TELEPHONIC MOTION HEARING**
**Court in session:       9:03 a.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Defendants' Motion to Compel Discovery.

ORDERED:   Defendants' Motion to Compel Discovery and Request for Hearing (doc #[40], filed 9/30/2009) is HELD IN ABEYANCE.  Plaintiff shall file a written Response to Defendants' Motion to Compel, doc #[40], on or before OCTOBER 19, 2009.

ORDERED:   An Oral Argument Hearing regarding the Motion to Compel, doc #[40], is set for OCTOBER 23, 2009 at 1:30 p.m.  Ms. Hein is required to be physically present for this hearing.  A representative in a position of authority from the General Counsel's Office at AT&T Operations shall be physically present.

ORDERED:   The Telephonic Status Conference currently set for October 23, 2009 at 11:30 a.m. is VACATED.

Discussion regarding the deadline for designating experts.  The court states that if Plaintiff is inclined to seek leave to extend the deadline for designating experts, a motion for time should be filed prior to the oral argument on October 23, 2009.  If a motion for time is filed, it must satisfy both Rule 16(b) and Rule 6.

ORDERED:	Defendants' Motion to Amend Scheduling Order and Request for Hearing (doc #[41], filed 9/30/2009) is HELD IN ABEYANCE.

HEARING CONCLUDED.

**Court in recess:**	**9:35 a.m.**
Total time in court:	00:32

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.