IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00291-WYD-CBS

SARAH HEIN,

    Plaintiff,

v.

AT&T OPERATIONS, INC.
DAVID OHRN, and
MICHAEL HENRY,

    Defendants.

---

**ORDER AUTHORIZING COUNSEL TO BRING A
RECORDING DEVICE ITO THE COURTHOUSE**

---

Magistrate Judge Craig B. Shaffer

Pursuant to a telephonic request made by counsel for the Defendants on October 23, 2009, it is hereby APPROVED that attorney Stacey A. Campbell may bring a handheld recording device into the Alfred A. Arraj U.S. Courthouse on October 23, 2009, for a hearing commencing at 1:30 p.m., before U.S. Magistrate Judge Craig B. Shaffer, located in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED at Denver, Colorado, this 23rd day of October, 2009.

                                              BY THE COURT:

                                              *s/Craig B. Shaffer*
                                              Craig B. Shaffer
                                              United States Magistrate Judge