IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 09-cv-00291-WYD-CBS	FTR - Reporter Deck-Courtroom A402
Date:  October 23, 2009	Courtroom Deputy: Ginny Kramer

*Parties:*	*Counsel:*

	Rosemary Orsini

SARAH HEIN,

	Plaintiff,


v.

	Stacey Alan Campbell

AT&T OPERATION, INC.,
DAVID OHRN, and
MICHAEL HENRY,
*Vice President for AT&T,*

	Defendants.


### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**

**Court in Session: 1:21 p.m.**

Court calls case.  Appearances of counsel.

The Court and counsel discuss pending discovery motions.

1:24 p.m.	Argument by Mr. Campbell for the Defendant, as the Defendant's Motion to Compel *Discovery and Request for Hearing* [#40] filed September 30, 2009.

1:47 p.m.	Rebuttal argument by Ms. Orsini, for the plaintiff.

2:49 p.m.	Response by Mr. Campbell.

3:04 p.m.         Argument by Ms. Orsini as to the plaintiff's Motion for Extension of Time to *Disclose Expert Witness.*

**It was ORDERED:**

1. That the Defendants' Motion to Compel *Discovery and Request for Hearing*, [#40] filed September 30, 2009, is **GRANTED IN PART and DENIED IN PART** as stated on the record. With respect to awarding fees and costs is **DENIED** for the reasons as stated on the record.

2. That the Plaintiff's Motion for Extension of Time to *Disclose Expert Witness* [#47] filed October 22, 2009, is **TAKEN UNDER ADVISEMENT**.

2. That the Defendants' Motion to Amend/Correct/Modify [22] Scheduling Order *and Request for Hearing* [#41] filed September 30, 2009, is **TAKEN UNDER ADVISEMENT.**

HEARING CONCLUDED.

**Court in recess**: **3:19 p.m.**
Total time in court: 1 hour and 59 minutes

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.